IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,　　　　　　　　　　　Case No. 3:13cr10

　　　　Plaintiff(s)

　　　　-vs

Mazen Khdeer,　　　　　　　　　　　　　　　JUDGE DAVID A. KATZ

　　　　Defendant

ORDER

This is a criminal case which was referred to United States Magistrate Judge James R. Knepp, II for the taking, on consent of the parties, of a plea of guilty. The Magistrate Judge has filed his Report & Recommendations; no objection has been filed.

Having determined that the Magistrate Judge satisfied all requirements of Fed.R.Crim. P. 11 and the United States Constitution: he correctly found the defendant to be competent, aware of the charge and consequences of conviction and his rights and waiver thereof. The Magistrate also correctly found that the defendant had consented to proceed before the Magistrate Judge and tendered his plea of guilty knowingly, intelligently and voluntarily. Finally, the Magistrate Judge also correctly found that there was an adequate factual basis for the plea.

On de novo review of the record and Report & Recommendation, I accept and adopt the Magistrate Judge's findings, and conclude that the defendant's plea of guilty conforms to all applicable provisions of Rule 11 and the Constitution.

In light of those findings and that conclusion, it is hereby

ORDERED THAT the defendant's plea of guilty is accepted and a finding of guilty shall be entered. Referral to Probation for preparation of a Presentence Report is deferred. Counsel for the Government shall contact the Court at the appropriate time when defendant shall be referred to Probation.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　/s/ David A. Katz   2/12/13
　　　　　　　　　　　　　　　　　　　SENIOR JUDGE US DISTRICT COURT